UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  19-05945 |
| Terrell D. Thomas | ) | |
| Annette L. Thomas | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable David D. Cleary |
| | ) | |
| Debtor(s) | ) | |

## ORDER AUTHORIZING AND/OR ALLOWING A LOAN MODIFICATION

THIS CAUSE coming to be heard on the motion of U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-FF1, a secured creditor herein, for entry of an order authorizing and/or allowing a loan modification, between the Creditor and the Debtor(s), the Court having jurisdiction over the subject matter and due notice having been given, and the parties having reached an agreement:

WHEREFORE, IT IS HEREBY ORDERED:

(1) As described in the motion, the loan modification between U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-FF1 and Debtor(s) with respect to the property commonly known as 21206 Alessandra Drive, Matteson, IL 60443 is hereby allowed.

(2) No further payments are to be disbursed to U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-FF1 on its secured claim.

Enter:  /s/ David D. Cleary

Honorable David D. Cleary
United States Bankruptcy Judge

Dated:  March 23, 2020

**Prepared by:**

Karl Meyer  ARDC#6220397
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
C&A FILE(14-18-01072)