IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE NO. 19-05945 |
| | ) | |
| TERRELL D. THOMAS | ) | CHAPTER 13 |
| ANNETTE L. THOMAS | ) | |
| | ) | JUDGE: DAVID D. CLEARY |
| Debtors, | ) | |

## WITHDRAWAL OF NOTICE OF POSTPETITON MORTGAGE FEES, EXPENSES, AND CHANGES

NOW COMES Nationstar Mortgage LLC d/b/a Mr. Cooper, by and through its Attorney McCalla Raymer Leibert Pierce, LLC, and hereby withdraws the Notice of Post-petition Mortgage Fees, Expenses, and Charges filed on May 29, 2019.

1. Notice of Post-petition Mortgage Fees, Expenses, and Charges Filed Date:  May 29, 2019

2. Notice of Post-petition Mortgage Fees, Expenses, and Charges related to Claim Number: #6

This 4th day of September, 2020.

*/s/Kinnera  Bhoopal*
Attorney for Movant
ARDC #
McCalla Raymer Leibert Pierce, LLC
1 N. Dearborn Suite 1200
Chicago, IL 60602
Phone: (312) 348-9088 X5172
Email: Kinnera.Bhoopal@mccalla.com

In Re:

    Terrell D. Thomas
    Annette L. Thomas

Bankruptcy Case No.: 19-05945
Chapter: 13
Judge: David D. Cleary

# CERTIFICATE OF SERVICE

I, Kinnera Bhoopal, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within WITHDRAWAL OF NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Terrell D. Thomas
21206 Alessandra Dr.
Matteson, IL 60443

Annette L. Thomas
21206 Alessandra Dr.
Matteson, IL 60443

David M Siegel                          *(served via ECF Notification)*
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090

Marilyn O. Marshall, Trustee             *(served via ECF Notification)*
224 South Michigan Ste 800
Chicago, IL 60604

Patrick S Layng                        *(served via ECF Notification)*
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:    9/4/2020      By:    */s/Kinnera Bhoopal*
                 (date)                  Kinnera Bhoopal
                                         Attorney for Nationstar Mortgage LLC d/b/a Mr. Cooper