IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE NO. 19-05945 |
| | ) | |
| Terrell D. Thomas | ) | |
| Annette L. Thomas | ) | |
| | ) | |
| DEBTORS | ) | Chapter 13 |
| | ) | |
| | ) | Judge: David D. Cleary |
| | ) | |

## WITHDRAWAL OF NOTICE OF POSTPETITON MORTGAGE FEES, EXPENSES, AND CHANGES

NOW COMES U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-FF1, by and through its Authorized Agent McCalla Raymer Leibert Pierce, LLC, and hereby withdraws the Notice of Postpetition Mortgage Fees, Expenses, and Charges filed on: July 29, 2019.

Notice of Postpetition Mortgage Fees, Expenses, and Charges Filed Date:  July 29, 2019

Notice of Postpetition Mortgage Fees, Expenses, and Charges (Doc) related to Claim Number: Claim #4-1

This 21st day of September, 2020.

/s/Dana O'Brien
Authorized Agent for Movant
McCalla Raymer Leibert Pierce, LLC
1 N. Dearborn Suite 1200
Chicago, IL 60602
Phone: (312) 346-9088 X5188
Email: Dana.OBrien@mccalla.com

| | |
|---|---|
| In Re: | Bankruptcy Case No.: 19-05945 |
| | Chapter: 13 |
| Terrell D. Thomas | Judge: David D. Cleary |
| Annette L. Thomas | |

## CERTIFICATE OF SERVICE

I, Dana  O'Brien, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within WITHDRAWAL OF NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Terrell D. Thomas
21206 Alessandra Dr.
Matteson, IL 60443

Annette L. Thomas
21206 Alessandra Dr.
Matteson, IL 60443

David M Siegel                          *(served via ECF Notification)*
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090

Marilyn O. Marshall, Trustee            *(served via ECF Notification)*

224 South Michigan Ste 800
Chicago, IL 60604

Patrick S Layng                                  *(served via ECF Notification)*
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

    I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:   9/21/2020   By:   */s/Dana  O'Brien*
               (date)                  Dana  O'Brien
                                                Authorized Agent for Nationstar Mortgage LLC d/b/a Mr. Cooper